| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) BAKER, TIM A. | 2. Court or Organization U.S. DISTRICT COURT, SDIN | 3. Date of Report 06/17/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US MAGISTRATE JUDGE FULL-TIME | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

| 7. Chambers or Office Address UNITED STATES COURTHOUSE 46 E. OHIO STREET, ROOM 234 INDIANAPOLIS, IN 46204 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | Vanguard Group Trustee (Nos. 1-3) |
| 2. | Trustee | Residence Trust Agreement (Trust No. 9) |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAKER, TIM A. | 06/17/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Indiana University |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BAKER, TIM A.** | 06/17/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAKER, TIM A. | 06/17/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Trust Group | E | Interest | N | T | Sold (part) | 03/10/14 | J | | |
| 2. Residence Trust Agreement (Trust No. 9) | | None | O | W | | | | | |
| 3. TIAA CREF | E | Interest | N | T | | | | | |
| 4. College Choice 529 Investment Plan | B | Interest | K | T | | | | | |
| 5. College Choice 529 Investment Plan | B | Interest | K | T | | | | | |
| 6. College Choice 529 Investment Plan | B | Interest | K | T | | | | | |
| 7. Edward Jones Growth Fund of America Trust No. 1 | A | Interest | J | T | Buy (add'l) | 12/11/14 | J | | |
| 8. Edward Jones Growth Fund of America Trust No. 2 | A | Interest | J | T | Buy (add'l) | 12/11/14 | J | | |
| 9. Edward Jones Growth Fund of America Trust No. 3 | A | Interest | J | T | Buy (add'l) | 05/09/14 | J | | |
| 10. Edward Jones Growth Fund of America Trust No. 3 | A | Interest | J | T | Buy (add'l) | 12/11/14 | J | | |
| 11. Chase Bank Account No. 1 | | None | J | T | | | | | |
| 12. Chase Bank Account No. 2 | A | Interest | L | T | | | | | |
| 13. Chase Bank Account No. 3 | | None | J | T | | | | | |
| 14. Chase Bank Account No. 4 | A | Interest | J | T | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAKER, TIM A. | 06/17/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. With respect to part VII, line 1, additional shares were purchased for Vanguard Trust Nos. 1-3 of the Vanguard Trust Group in December 2014, each with a Value Code of J. These were shares of the Vanguard Windsor II Fund, Investor Shares.

2. Vanguard Trust No. 5 in the Vanguard Trust Group was closed March 10, 2014, by way of a distribution with a Value Code of J.

3. With respect to Part VII, line 3, the TIAA CREF fund is a 401(K) retirement fund with monthly contributions with a value of J each month and a total value for the year of K.

4. As in prior disclosures, with respect to Part VII, page 4, lines 4-6, these 529 plans are aged-based plans, with monthly contributions to each plan. The value of the contributions to each plan each month is J, and the total value of contributions to each plan for the year is B.

5. With respect to Part VII, line 7, additional shares were purchased of Edward Jones Trust No. 1 on December 11, 2014, with a Value Code of A.

6. With respect to Part VII, line 8, additional shares were purchased of Edward Jones Trust No. 2 on December 11, 2014, with a Value Code of A.

7. With respect to Part VII, line 9, additional shares were purchased of Edward Jones Trust No. 3 on May 9, 2014, with a Value Code of A.

8. With respect to Part VII, line 10, additional shares were purchased of Edward Jones Trust No. 3 on December 11, 2014, with a Value Code of A.

| Name of Person Reporting | Date of Report |
| --- | --- |
| BAKER, TIM A. | 06/17/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ TIM A. BAKER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544